**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-62131-CIV-SMITH/HUNT**

SAMANTHA TOBA DECENZO,

     Plaintiff,

vs.

FLORIDA DEPARTMENT OF COMMERCE,

     Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon Magistrate Judge Hunt's Report and Recommendation [DE 12], recommending Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [DE 3] be denied, that Plaintiff's Complaint [DE 1] be dismissed, and that Plaintiff be given an opportunity to file a new Application to Proceed in District Court without Prepaying Fees or Costs and an Amended Complaint. No objections have been filed.  Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

     **ORDERED** that:

     1)    Magistrate Judge Hunt's Report and Recommendation [DE 12] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

     2)    Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [DE 3] is **DENIED.**

     3)    Plaintiff's Complaint [DE 1] is **DISMISSED without prejudice.**

4)      By **May 28, 2026,** Plaintiff may file an Application to Proceed in District Court without Prepaying Fees or Costs, using the long form application available on the Court's website, and an Amended Complaint.

5)      Failure to comply with this Order shall result in dismissal of this action without further notice.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 11th day of May, 2026.

RODNEY SMITH
**UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record

2